No. 86–32. WIDMER *v.* WIDMER, EXECUTOR OF THE ESTATE OF WIDMER. Ct. App. Ark. Certiorari denied.

No. 86–33. CSX CORP. *v.* OGLEBAY NORTON CO. C. A. 6th Cir. Certiorari denied.

No. 86–34. GANCI ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 86–36. SISEMORE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–37. HECHENBERGER *v.* WESTERN ELECTRIC CO., INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–43. DROTT MANUFACTURING CORP. *v.* DAVIDSON ET UX. C. A. 9th Cir. Certiorari denied.

No. 86–46. WEIL *v.* MCCLOUGH ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–52. KUNGLE *v.* ST. JOHN'S COLLEGE ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 86–53. AMODEO ET AL. *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 86–54. AL-KHAFAJI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–60. POOLER ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–62. PREVATTE *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–63. B. P. NORTH AMERICA PETROLEUM, INC. *v.* WAY WISER NAVIGATION CORP. C. A. 9th Cir. Certiorari denied.

No. 86–64. MARVIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.